UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22058-CIV-ALTONAGA/Reid

**DANIEL ANGEL RODRIGUEZ**,

    Movant,
v.

**UNITED STATES OF AMERICA**,

    Respondent.

_____/

## **FINAL JUDGMENT**

Pursuant to the Court's Order [ECF No. 101] adopting Magistrate Judge Lisette M. Reid's Report and Recommendation [ECF No. 95] granting Movant, Daniel Angel Rodriguez's Motion under 28 U.S.C. [section] 2255 to Vacate, Set Aside, or Correct Sentence [ECF No. 1], it is **ORDERED AND ADJUDGED** that final judgment is entered in favor of Movant.

**DONE AND ORDERED** in Miami, Florida, this 7th day of January, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lisette M. Reid